STATE OF CONNECTICUT *v.* EDWARD R. GYURO

The motion by the defendant for a stay of execution of the judgment is denied.

*W. Paul Flynn,* in support of the motion.

*John D. LaBelle,* state's attorney, in opposition.

Submitted May 16—decided May 21, 1968

STATE OF CONNECTICUT *v.* RICHARD J. BALTROMITIS

The motion by the defendant for a stay of execution of the judgment is denied.

*L. Scott Melville,* in support of the motion.

Submitted May 16—decided May 21, 1968

MORRIS LEBOWITZ *v.* MARTIN J. MCPIKE ET AL.

The motion by the defendants for a review of an order of the Superior Court in Fairfield County, and for other relief, is denied.

*Philip H. Smith,* in support of the motion.

Submitted May 16—decided May 28, 1968

ST. NICHOLAS SYRIAN ORTHODOX CHURCH ET AL. *v.*
ZONING BOARD OF APPEALS OF THE TOWN
OF TRUMBULL ET AL.

It appearing that the named defendant in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.